UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paige C.,[1]

    Plaintiff,

    v.     Case No. 1:25-cv-00072

Commissioner of Social Security,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 23, 2025 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 12) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge:

1. Plaintiff's Statement of Errors (Doc. 7) is **GRANTED**;

2. The Court **REVERSES** the Commissioner's non-disability determination;

3. No finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act;

---

1 See S.D. Ohio General Order 22-01 ("The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that due to significant privacy concerns in social security cases federal courts should refer to claimants only by their first names and last initials.").

4. This matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Order; and

5. This case is terminated on this Court's docket.

**IT IS SO ORDERED.**

    *s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court